

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2018

No. 04-18-00286-CV

Jimmy **MASPERO** and Regina Maspero, Individually,
and as Next Friends of Wyitt Maspero, Wynnsday Maspero,
Wesley Maspero, Deceased, and Walter Maspero, Deceased, Minor Children,
Appellants

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI14946
Honorable David Peeples, Judge Presiding

## O R D E R

After we granted Appellant's first and second motions for extensions of time to file the brief, the brief was due on September 4, 2018. On the due date, Appellant filed an unopposed third motion for extension of time to file the brief until September 7, 2018.

Appellant's motion is GRANTED. Appellant's brief is due on September 7, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court